FILED
MAR 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR875-BEN |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony); Title 21, U.S.C., Secs. 952 and 960-Importation of Methamphetamine (Felony); Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |
| Julian Miranda, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

Count 1

On or about February 25, 2008, within the Southern District of California, defendant Julian Miranda did knowingly and intentionally import approximately 31.56 kilograms (69.43 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2.

//
//
//
//
//

CPH:es:Imperial
3/24/08

## Count 2

On or about February 25, 2008, within the Southern District of California, defendant Julian Miranda did knowingly and intentionally import approximately .40 grams of Methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2.

DATED: March 25, 2008.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney