AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| JULIAN MIRANDA | CASE NUMBER: 08cr875-BEN |

I, JULIAN MIRANDA, the above named defendant, who is accused of committing the following offense:

Count 1: Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony);

Count 2: Importation of Methamphetamine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony);

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/25/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
MAR 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

X Julian Miranda
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER