1  KAREN P. HEWITT
   United States Attorney
2  SABRINA L. FEVE
   Assistant United States Attorney
3  California State Bar No. 226590
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  619 557-7854 (Telephone)/619 235-2757 (Fax)
   E-mail: Sabrina.Feve@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,         )   Criminal Case No. 08CR0875-BEN
                                     )
11                 Plaintiff,        )
                                     )   NOTICE OF APPEARANCE
12           v.                      )
                                     )
13 JULIAN MIRANDA,                   )
                                     )
14                 Defendant.        )
                                     )
15

16 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17         I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18         I certify that I am admitted to practice in this court or authorized to practice under CivLR

19 83.3.c.3-4.

20         The following government attorneys (who are admitted to practice in this court or authorized

21 to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel

22 for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this

23 case:

24    Name:

25         None.

26 //

27 //

28 //

1     Effective this date, the following attorneys are no longer associated with this case and should not
2 receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.
3 Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):
4     Name:
5         None.
6     Please feel free to call me if you have any questions about this notice.
7     DATED: April 24, 2008.

                                      KAREN P. HEWITT
                                      United States Attorney

                                      s/Sabrina L. Fève
                                      SABRINA L. FEVE
                                      Assistant United States Attorney

Notice of Appearance
United States v. Julian Miranda                                                                                   08CR0875-BEN

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |

| | | |
|---|---|---|
| 3 | UNITED STATES OF AMERICA,    ) | Criminal Case No. 08CR0875-BEN |
| 4 | Plaintiff,    ) | |
| 5 | v.    ) | CERTIFICATE OF SERVICE |
| 6 | JULIAN MIRANDA,    ) | |
| 7 | Defendant.    ) | |

9   IT IS HEREBY CERTIFIED THAT:

10   I, Sabrina L. Fève, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated April 24, 2008, and this Certificate of Service, dated April 24, 2008, on the following party or parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies:

John D. Kirby, Attorney for the Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on April 24, 2008.

s/Sabrina L. Fève
SABRINA L. FEVE
Assistant U.S. Attorney

Certificate of Service
United States v. Julian Miranda                                                                                    08CR0875-BEN

3