John D. Kirby
CA Bar No. 149496
The Executive Complex
1010 Second Avenue, Suite 1850
San Diego, CA 92101
Tel (619)557-0100 Fax (619)557-0123
Attorney for Defendant: Julian Miranda

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(THE HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES GOVERNMENT, | Case No. 08CR-0875-BEN |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR CONTINUANCE** |
| JULIAN MIRANDA, | |
| Defendant, | |

**COMES NOW** the parties, Sabrina Feve, Assistant United States Attorney, and John D. Kirby, counsel for defendant, Julian Miranda, respectfully requesting that the sentencing hearing presently set for July 1, 2008 at 9:00 a.m. be continued until August 11, 2008 at 9:00 a.m.

Dated: 6/27/08                 /S/ Sabrina Feve (by consent)
                               SABRINA FEVE
                               Assistant United States Attorney

Dated: 6/27/08                 /S/ John D. Kirby
                               JOHN D. KIRBY
                               Attorney for Defendant
                               Julian Miranda

*Joint Motion for Continuance, U.S. v. Miranda,* **08CR-0875-BEN**

1